UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
TRANSFIELD SHIPPING INC.,

                Plaintiff,

      -against-                                09 Civ. 3638 (LAK)

NATIONAL NAVIGATION CO.,

                Defendant.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       Plaintiff shall show cause, on or before December 30, 2009, why the process of maritime attachment previously granted herein should not be vacated, the funds deposited with the Clerk released, and the case dismissed.

       SO ORDERED.

Dated:      December 21, 2009

                                                                  Lewis A. Kaplan
                                                         United States District Judge